UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

*Filed Electronically*

| | |
|---|---|
| PORTIA DARLENE DEERING, POWER OF ATTORNEY FOR GENEVA F. STINNETT <br><br> PLAINTIFF <br><br> v. <br><br> THE EVANGELICAL LUTHERAN GOOD SAMARITAN SOCIETY, INC., d/b/a GOOD SAMARITAN SOCIETY- JEFFERSONTOWN <br><br> DEFENDANT | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> CIVIL ACTION NO. 3:14-CV-866-JHM |

## NOTICE OF REMOVAL

Defendant, The Evangelical Lutheran Good Samaritan Society, Inc., d/b/a Good Samaritan Society- Jeffersontown (hereinafter "Good Samaritan"), gives notice of removal of the civil action captioned *Portia Darlene Deering, Power of Attorney for Geneva F. Stinnett v. The Evangelical Lutheran Good Samaritan Society, Inc., d/b/a Good Samaritan Society-Jeffersontown*, Case No. 14-CI-006042, Div. Three, from the Circuit Court of Jefferson County, Kentucky to the United States District Court for the Western District of Kentucky, at Louisville. This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1332, 1441 and 1446. Good Samaritan states the following grounds for the removal:

1.  Plaintiff commenced this action by a Complaint, filed November 21, 2014 in the Circuit Court of Jefferson County, Kentucky.

2. Defendant was served with a Summons and a copy of the Complaint on November 25, 2014.

3. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings and orders served on or otherwise received by Good Samaritan are attached hereto as Exhibit "A."

4. This Notice of Removal is timely under 28 U.S.C. § 1446(b), which provides that the notice of removal of a civil action "shall be filed within thirty (30) days after receipt by the Defendant through service or otherwise, of a copy of the initial pleading."

5. This is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1332 and which may be removed under 28 U.S.C. §§ 1441 and 1446, because the parties are citizens of different states and the amount in controversy exceeds that required for federal court jurisdiction in diversity of citizenship cases in the aggregate, exclusive of interest and costs.

6. Both Geneva Stinnett, the named Plaintiff, and her Power of Attorney bringing this action, Portia Darlene Deering, are Kentucky residents.

7. Good Samaritan is a corporation organized under the laws of North Dakota, with its corporate office located in Sioux Falls, South Dakota. Thus, there is complete diversity between the parties.

8. Plaintiff, in her Complaint, alleges damages "exceeding that required for federal court jurisdiction." Complaint at ¶ 41.

9. By filing this Notice of Removal, Good Samaritan does not waive, either expressly or impliedly, its respective rights to assert any defense that could have been asserted in the Circuit Court of Jefferson County, Kentucky.

10. Undersigned counsel will promptly give notice of the filing of this Notice of Removal to all parties and will also file a copy of this Notice of Removal with the Clerk of the Jefferson Circuit Court as required by 28 U.S.C. § 1446(d).

WHEREFORE, this Court has jurisdiction pursuant to 28 U.S.C. § 1332, and removal is appropriate pursuant to 28 U.S.C. §§ 1441 and 1446.

Respectfully submitted,

/s/ Christopher A. Melton
Christopher A. Melton
WYATT, TARRANT & COMBS, LLP
500 West Jefferson Street, Suite 2800
Louisville, Kentucky 40202-2898
502.589.5235
502.589.0309 fax
cmelton@wyattfirm.com

Donald J. Kelly
WYATT, TARRANT & COMBS, LLP
500 West Jefferson Street, Suite 2800
Louisville, Kentucky 40202-2898
502.589.5235
502.589.0309 fax
dkelly@wyattfirm.com

*Counsel for Good Samaritan Society*

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing has been filed through the ECF system and served upon the following, by mail and notice of electronic filing, on this the 10th day of December, 2014:

M. Keith Poynter
THE SAMPSON LAW FIRM
450 South Third Street, 4th Floor
Louisville, KY 40202
*Counsel for the Plaintiff*

/s/ Christopher A. Melton
Christopher A. Melton

61273420.1