UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO:  3:14-CV-866-JHM

**PORTIA DARLENE DEERING,**                                              **PLAINTIFF**
**POWER OF ATTORNEY FOR**
**GENEVA F. STINNETT**

**v.**

**THE EVANGELICAL LUTHERAN GOOD**                         **DEFENDANT**
**SAMARITAN SOCIETY, INC., d/b/a GOOD**
**SAMARITAN SOCIETY-**
**JEFFERSONTOWN**

*Electronically Filed*

<u>AGREED ORDER OF DISMISSAL</u>

Pursuant to CR 41.01(2), Plaintiff, Portia Darlene Deering, Power of Attorney for Geneva

F. Stinnett, and Defendant, The Evangelical Lutheran Good Samaritan Society, Inc. d/b/a Good

Samaritan Society – Jeffersontown, by and through counsel, hereby stipulate that they have agreed

to a settlement of this litigation and that Plaintiff's Complaint shall be and is hereby DISMISSED

with prejudice, with each party to bear their own fees and costs.

IT IS SO ORDERED.

HAVE SEEN AND AGREED:


*/s/ M. Keith Poynter*                          */s/ Christopher A. Melton*
M. Keith Poynter                                Donald J. Kelly
THE SAMPSON LAW FIRM                            Christopher A. Melton
450 South Third Street, 4th Floor               WYATT, TARRANT & COMBS, LLP
Louisville, Kentucky 40202                      500 West Jefferson Street
**Counsel for Plaintiff**                       Suite 1800
                                                Louisville, KY 40202
                                                **Counsel for Defendant**


**Joseph H. McKinley, Jr., Chief Judge**
**United States District Court**

September 22, 2017